UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOAN TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:15-CV-266-TAV-CCS |
| | ) |
| LPN ALLEN, *Nurse*, | ) |
| | ) |
| Defendant. | ) |

## ORDER

In accordance with the accompanying memorandum opinion, the Court **GRANTS** defendant Knox County Sheriff Jimmy Jones's motion for leave to file document under seal [Doc. 12]. The Clerk is **DIRECTED** to file the previously submitted proposed sealed document [Doc. 13] under seal.

Additionally, for the reasons set forth the memorandum opinion, defendant Allen's first and third motions to dismiss [Docs. 16, 19] are **GRANTED**, her second motion to dismiss [Doc. 18] is **DENIED AS MOOT**, and this action is **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915(A) for failure to state a claim upon which relief may be granted. Furthermore, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Fed. R. App. P. 24. Accordingly, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to **CLOSE** the civil file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ Debra C. Poplin
  CLERK OF COURT